Argued July 23, affirmed July 23, 1971

STATE OF OREGON, *Respondent, v.*
ALLEN HANSEL FORMBY, *Appellant.*

487 P2d 112

*Stanley E. Clark,* Redmond, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.